UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBBIE POWELSON,<br><br>       Plaintiff,<br><br>     vs.<br><br>CURTIS HAVEL, JAMES MALCOLM, RICHARDSON BAY REGIONAL AGENCY, BETH POLLARD, CITY OF SAUSALITO, SAUSALITO POLICE DEPARTMENT, BRYCE MITCHELL, ADAM CLERICI, JOHN ROHRBACHER, BILL FRAAS, STACIE GREGORY, BRIAN MATHERS, EDGAR PADILLA, STEVEN VEREIOS, UNITED STATES ARMY CORPS OF ENGINEERS, MARTY PLISCH, LIEUTENANT COLONEL TIMOTHY W. SHEBESTA,<br><br>       Defendants. | Case No. 4:24-cv-08245-JST<br><br>~~[PROPOSED]~~ ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

The Court, having considered the parties' Stipulation of Dismissal with Prejudice filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, hereby ORDERS as follows:

1. The Stipulation is GRANTED.

2. All claims asserted by Plaintiff against Defendants Sausalito Police Department, City of Sausalito, John Rohrbacher, Bill Fraas, Stacie Gregory, Brian Mathers, Edgar Padilla, Steven Vereios, Bryce Mitchell, and Adam Clerici are DISMISSED WITH PREJUDICE.

3. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 26, 2026    ,

_____
THE HONORABLE JON S. TIGAR
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE